**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| MIGUEL MIRANDA,                         )<br>                    Petitioner,          )<br>                                         )<br>          v.                             )<br>                                         )<br>MIGUEL R. MARTEL, Warden,                )<br>                                         )<br>                    Respondent.          )<br>                                         )<br>_____) | NO. CV 14-7580-E<br><br><br>JUDGMENT |

Pursuant to the "Order Denying Petition,"

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 3, 2015.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE